1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MICHAEL D. CAREY,                             No.  2:24-cv-1717 AC P

11              Plaintiff,

12        v.                                       ORDER

13   GREGORY BOOZA, et al.,

14              Defendants.

15

16        Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42

17   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, plaintiff has not filed a certified copy of his inmate trust account

19   statement for the six-month period immediately preceding the filing of the complaint.  See 28

20   U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy in

21   support of the application.

22        In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the

23   service of this order, plaintiff shall file a certified copy of his inmate trust account statement for

24   the six-month period immediately preceding the filing of the complaint.  Failure to comply with

25   this order will result in a recommendation that this action be dismissed without prejudice.

26   DATED: June 20, 2024

27                                                 ALLISON CLAIRE
                                                   UNITED STATES MAGISTRATE JUDGE
28

                                                   1