1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL D. CAREY,                          No.  2:24-cv-1717 AC P

12              Plaintiff,

13        v.                                      ORDER

14    GREGORY BOOZA and
      CHRISTIANJUAREZ,
15
                  Defendants.
16

17

18        Plaintiff is incarcerated and brings his civil case as a self-represented litigant proceeding

19    in forma pauperis.  On October 30, 2024, the undersigned rejected plaintiff's first amended

20    complaint pursuant to the screening process associated with in forma pauperis status and gave

21    plaintiff 30 days to file a second amended complaint.  ECF No. 13.  Plaintiff requested an

22    extension of time to file the second amended complaint, and that request was granted.  ECF No.

23    17.  Now before the court is plaintiff's second request for a 60-day extension of time to file his

24    second amended complaint.  ECF No. 18.  Plaintiff states that he is attempting to find counsel,

25    and that his conditions of incarceration make the second extension of time necessary.

26        The court will grant plaintiff's motion but cautions plaintiff that no further extensions will

27    be granted unless truly exceptional circumstances are presented.  Conditions of incarceration and

28    trying to find counsel are not exceptional circumstances.

1         Accordingly, plaintiff's motion for an extension of time (ECF No. 18) is GRANTED and

2    plaintiff's second amended complaint is now due March 17, 2025.  If plaintiff fails to timely

3    comply with this order, the undersigned may recommend that this action be dismissed for failure

4    to prosecute.

5    DATED: January 14, 2025

6    _____

7    ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28