UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. CAREY,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY BOOZA and CHRISTIAN JUAREZ,<br><br>    Defendant. | No. 2:24-cv-1717-DC AC P<br><br>ORDER TO SHOW CAUSE |

Plaintiff is a prisoner proceeding in this action in pro se. The action was accordingly referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). On September 12, 2025, defendant filed a motion to dismiss set to be heard on July 30, 2025. ECF No. 3. Pursuant to Local Rule 230(l), plaintiff was required to file an opposition or notice of non-opposition within 21 days of the motion being filed. In this case, the deadline was October 3, 2025. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this

////

1

order.  If plaintiff fails to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDERED.

DATED: October 15, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2