UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. CAREY,<br><br>    Plaintiff,<br><br>  v.<br><br>GREGORY BOOZA,<br><br>    Defendant. | No. 2:24-cv-01717-DC-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 27, 29) |

Plaintiff Michael D. Carey, a county prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 23, 2025, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 29.) After an extension of time, Plaintiff timely filed objections to the findings and recommendations on October 23, 2025. (Doc. Nos. 32, 33.) On October 31, 2025, Defendant Gregory Booza filed a reply to Plaintiff's objections. (Doc. No. 39.) The court reviewed Plaintiff's objections and finds they do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on September 23, 2025 (Doc. No. 29) are ADOPTED in full;
2. Plaintiff's motion for default judgment (Doc. No. 27) is DENIED; and
3. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **December 30, 2025**

Dena Coggins
United States District Judge