UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. CAREY,

Plaintiff,

v.

GREGORY BOOZA, et al.,

Defendants.

No.  2:24-cv-01717-DC-AC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 28, 46)

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 30, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  (Doc. No. 46.) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 30, 2025, (Doc. No. 46), are ADOPTED in full; and

2.  Defendants' motion to dismiss (Doc. No. 28) is DENIED; and

1

3. This matter is referred to the assigned magistrate judge for further proceedings.


IT IS SO ORDERED.

Dated:    **April 6, 2026**

_____
Dena Coggins
United States District Judge